

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00481-CV

**ROBERT TROY MCCLURE,**

                                                                                                **Appellant**

 **v.**

**T.D.C.J.,**

                                                                                                **Appellee**


### From the 12th District Court
### Walker County, Texas
### Trial Court No. 26040


## O R D E R


The Texas Department of Criminal Justice's motion for extension of time to file

its brief is granted.  The brief is filed the date of its receipt, June 11, 2013.

However, the brief fails to comply with our procedural rules.[1]  First, the Court

received only the original copy of the brief.  An original and five copies of the brief shall

---

[1] We recognize that as some courts of appeals have adopted e-filing rules, the disparity and inconsistency of the rules regarding the number and binding requirements for briefs and appendices has increased. This has increased the need for appellate practitioners across the State who practice in multiple courts of appeals to consult the local rules before a brief is tendered for filing.  This Court has not yet transitioned to mandatory e-filing but will do so in the near future.  Nevertheless, local rules will still need to be

be filed with the Court.  TEX. R. APP. P. 9.3(a)(C); 10TH TEX. APP. [WACO] LOC. R. 12(a).

Second, the appendix was not bound.  An appendix must be bound with the brief or bound separately, depending on whether it contains necessary contents or optional contents. *See* TEX. R. APP. P. 9.4(h); 10TH TEX. APP. [WACO] LOC. R. 13.

Accordingly, the Texas Department of Criminal Justice is ordered to file additional copies of its brief and bound appendix within 14 days from the date of this order.  The failure to timely provide additional copies of the brief and bound appendix will result in the Department's brief being stricken.  *See* TEX. R. APP. P. 38.9(a).

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; copies ordered
Order issued and filed June 13, 2013

---

consulted for filing requirements until the Texas Supreme Court adopts state-wide mandatory e-filing rules.